UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUP PARTNERS, LLC, <br><br>                                Plaintiff, <br><br> -v.- <br><br> HUNTERS POINT AGENCY LLC, <br><br>                               Defendant. | 23 Civ. 00213 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

The conference scheduled for August 17, 2023 is hereby ADJOURNED to **August 22, 2023** at **11:30 a.m.** At the time of the proceeding, counsel should dial 646-453-4442 and enter access code 482 978 071 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

SO ORDERED.

Dated: August 15, 2023
       New York, New York

                                                                    JENNIFER H. REARDEN
                                                                    United States District Judge