UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUP PARTNERS, LLC,

       Plaintiff,

   -v.-

HUNTERS POINT AGENCY LLC,

       Defendant.

23 Civ. 00213 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

  For the reasons stated on the record at the August 22, 2023 conference, Plaintiff's motion to dismiss Defendant's counterclaim is denied.

  The Clerk of Court is directed to terminate ECF No. 15.

  SO ORDERED.

Dated: August 22, 2023
    New York, New York

                  _____
                  JENNIFER H. REARDEN
                  United States District Judge