UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOUP PARTNERS, LLC,

                      Plaintiff,

-v.-

HUNTERS POINT AGENCY LLC,

                      Defendant.

23 Civ. 00213 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    Before the Court is Defendant's Motion to Dismiss the Fourth and Fifth Claims for Relief (ECF No. 33). For reasons that will follow, Defendant's motion is granted.

    The Clerk of Court is directed to terminate the motion pending at ECF No. 33.

    SO ORDERED.

Dated: March 31, 2024
          New York, New York

                                                  _____
                                                  JENNIFER H. REARDEN
                                                  United States District Judge