UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUP PARTNERS, LLC, ) | CASE NO. 1:23-cv-00213-JHR |
| ) | |
| Plaintiff, ) | JUDGE JENNIFER H. REARDEN |
| ) | |
| vs. ) | |
| ) | **PLAINTIFF'S NOTICE OF MOTION** |
| HUNTERS POINT AGENCY, LLC, ) | **FOR LEAVE TO FILE AMENDED** |
| ) | **COMPLAINT** |
| Defendant. ) | |
| ) | |

**PLEASE TAKE NOTICE** that, upon the attached memorandum of law of Plaintiff DOUP Partners, LLC, in support of Plaintiff's Motion for Leave to File Amended Complaint, that on the day and time as determined by the Court, upon the annexed Memorandum of Law, Plaintiff DOUP Partners, LLC (hereinafter "Plaintiff") will move this Court at the at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York 10007 before the Honorable Jennifer H. Rearden, for an Order granting Plaintiff's request for leave to amend its complaint.

Dated: April 16, 2025

                                                    Respectfully submitted,

                                                    */s/ David A. Landman*
                                                    David A. Landman (DL2418)
                                                    UB Greensfelder
                                                    1700 Broadway
                                                    Suite 1802
                                                    New York, New York 10019
                                                    Tel: 917-262-7271
                                                    Email: dlandman@ubglaw.com

                                                    Ronald S. Betman (admitted *pro hac vice*)
                                                    Benesch, Friedlander, Coplan & Aronoff LLP
                                                    71 South Wacker Drive, Suite 1600
                                                    Chicago, Illinois 60606
                                                    Tel: 312.517.9552

Email: rbetman@beneschlaw.com

*Counsel for Plaintiff DOUP Partners, LLC*