# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUP PARTNERS, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HUNTERS POINT AGENCY, LLC,<br><br>　　　　Defendant. | ) CASE NO. 1:23-cv-00213-JHR<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** having been opened to the Court by Plaintiff DOUP Partners, LLC, by its attorneys, for an Order, granting Plaintiff leave to file an amended complaint; and the Court having considered the papers submitted and oral argument, if any; and for good cause shown;

**IT IS** on this ___ day of _____, 2025,

**ORDERED** that Plaintiff DOUP Partners, LLC's Motion for Leave to File Amended Complaint is granted.

**ORDERED** that a copy of this Order shall be served upon all counsel within seven (7) days from the date of its receipt by counsel.

_____

Honorable Jennifer H. Rearden, U.S.D.J.