```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/16/2026
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DOUP PARTNERS, LLC,

                        Plaintiff,

        -against-

HUNTERS POINT AGENCY, LLC.,

                      Defendant.
-----------------------------------------------------------------X

**23-CV-213 (JHR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the Parties' joint status letter filed on June 15, 2026 and thanks the Parties for the update. The Parties shall file another status update by July 16, 2026 informing the court as to what progress has been made with discovery.

     **SO ORDERED.**

DATED:     New York, New York
           June 16, 2026

                                     _____
                                     KATHARINE H. PARKER
                                     United States Magistrate Judge