USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

DOUP PARTNERS, LLC,

Plaintiff,

-against-

HUNTERS POINT AGENCY, LLC.,

Defendant.

----------------------------------------------------------------X

**23-CV-213 (JHR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On July 16, 2026 the Parties filed a joint status report updating the Court on the status of discovery in the above-entitled action. The Court thanks the Parties for the update. The Parties shall file another status update by August 17, 2026 informing the Court as to what additional progress has been made with discovery.

**SO ORDERED.**

DATED: New York, New York
July 17, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge