USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

DOUP PARTNERS, LLC,

Plaintiff,

-against-

HUNTERS POINT AGENCY, LLC.,

Defendant.

-----------------------------------------------------------------X

**23-CV-213 (JHR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Pursuant to the Court's Order at ECF No. 87, on September 3, 2026, the parties in the above-entitled action filed a joint letter updating the Court on the status of fact discovery, which is scheduled to close on October 19, 2026. The Court thanks the parties for their update.

The Court is concerned, however, that, based on the representations in the parties' letter, neither party has completed its document production, despite the previous expectation that document production would be completed by August 31, 2026. Accordingly, the Court directs the parties to meet and confer in good faith and to work expeditiously to resolve the outstanding issues concerning document production.

Accordingly, the parties are directed to file an additional status update by **September 18, 2026** concerning the progress of discovery, with particular attention paid to the issues identified in the September 3, 2026 status letter.

**SO ORDERED.**

DATED: New York, New York
September 4, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge