USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

DOUP PARTNERS, LLC,

Plaintiff,

-against-

HUNTERS POINT AGENCY, LLC.,

Defendant.

---------------------------------------------------------------X

**23-CV-213 (JHR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 16, 2026, Plaintiff DOUP Partners, LLC ("DOUP") filed a letter raising a discovery dispute concerning what it characterizes as Hunters Point Agency LLC's ("HP") failure to produce contemporaneous financial records relating to the Museum of Women ("MOW") Project. On September 23, 2026, Hunters Point Agency LLP ("HP") filed a letter in response stating in essence that HP is in the process of supplementing its production. The parties are directed to meet and confer to resolve the discrete discovery issues raised in their joint status letter at ECF No. 92 and complete their respective productions in advance of the October 8, 2026 Conference.

**SO ORDERED.**

DATED: New York, New York
September 24, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge